UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELMER RAMONES, and
MARIE PAZ VALDEZ,

      Plaintiffs,

  v.

WACHOVIA MORTGAGE SERVICES,
et al.,

      Defendants.

NO. 2:10-cv-3450 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendant Wachovia Mortgage's Motion to Dismiss (Docket No. 6), and Motion to Strike (Docket No. 8) is continued to March 25, 2011, at 10:00 a.m.  Plaintiffs shall file and serve their opposition brief or notice of non-opposition no later than March 11, 2011.  The defendant may file and serve a reply on or before March 18, 2011.

    2.  Plaintiffs' counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

3.   Plaintiffs' counsel shall file his response to the order to show cause on or before March 11, 2011.

4.   A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: February 28, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2